UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:07-CR-060-JCM-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LAURICE MCCURDY ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#81) on March 19, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: HOME DEPOT
Amount of Restitution: $26,240.00

Name of Payee: LOWE'S HOME IMPROVEMENT
Amount of Restitution: $3,000.00

**Total Amount of Restitution ordered: $29,240.00\*\***
\*\*Joint and Several with co-defendants Lance Grandberry and Issah Abubaker

Dated this _____ day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE