# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-CR-60 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| LANCE GRANDBERRY, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Grandberry et al.*, case number 2:07-cr-00060-JCM-VCF-2.

Defendant Laurice McCurdy's hearing for revocation of supervised release is currently scheduled on September 17, 2019, at 10:00 a.m. (ECF No. 196). The court has not received probation's sentencing recommendation twenty-four (24) hours prior to the hearing. To afford probation an opportunity to timely submit its recommendation, the court will continue McCurdy's revocation hearing to October 7, 2019, at 10:00 a.m.

IT IS HEREBY ORDERED that McCurdy's revocation hearing is rescheduled to October 7, 2019, at 10:00 a.m.

DATED September 16, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**